1  Cynthia A. LeVasseur, Esq.
   Nevada Bar No. 6718
2  Jennifer R. Hargis, Esq.
   Nevada Bar No. 11392
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
   Telephone: (702) 784-5200
5  Facsimile: (702) 784-5252

6  *Attorneys for Defendant WELLS FARGO BANK, N.A.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JON J. SIMON, an individual, | Case No. 2:09-cv-01529-KJD-GWF |
| Plaintiff, | |
| vs. | **DEFENDANT'S STATEMENT REGARDING REMOVAL** |
| WELLS FARGO BANK, N.A. and DOES Individuals 1 to 50, and ROES Corporations 1 to 30, Inclusive, | |
| Defendants. | |

Pursuant to the Court's August 17, 2009 Order Concerning Removal, Defendant Wells Fargo Bank N.A., ("Wells Fargo"), submits the following responsive statement:

1. *The date(s) on which you were served with a copy of the Complaint in the removed action*:

Upon information and belief, Wells Fargo was served with a copy of the complaint on July 15, 2009.

2. *The date(s) on which you were served with a copy of the summons*:

Upon information and belief, Wells Fargo was served with a copy of the summons on July 15, 2009.

///

///

10443414.1

3. *In removals based on diversity jurisdiction, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties and a summary of defendant's evidence of the amount in controversy:*

Upon information and belief, complete diversity exists as plaintiff alleges that he is a resident of Nevada and defendant Wells Fargo is a national bank. For diversity jurisdiction purposes, a national bank is a citizen of the state designated as its main office on its organization certificate. Accordingly, Wells Fargo is a citizen of South Dakota – the state listed on Wells Fargo's organization certificate. Because Plaintiff is a citizen of Nevada and Defendant is not a citizen of Nevada, complete diversity of the parties exists. Furthermore, the Action satisfies the amount in controversy requirement under 28 U.S.C. § 1332. Plaintiff is claiming more than $10,000.00 in compensatory damages and greater than $10,000.00 in punitive damages as well as attorneys' fees. In addition, Plaintiff claims title to real property and requests a preliminary injunction to enjoin a foreclosure sale. Plaintiff's Complaint indicates the house was purchased in 2006 for $815,000.00 and now has a market value of approximately 50% less (Complaint ¶ 5). The aggregate amount of Plaintiff's claims, therefore, satisfies the amount in controversy requirement.

4. *If your notice of removal was filed more than thirty (30) days after you first received a copy of the summons and complaint, the reason removal has taken place at this time and the date you first received a paper identifying the basis for removal:*

Not applicable.

5. *In actions removed on the basis of this Court's jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons this action should not summarily be remanded to the state court.*

Not applicable.

///

///

///

///

10443414.1

- 2 -

6.     *The name(s) of any defendant(s) known to have been served before you filed the notice of removal who did not formally join in the notice of removal and the reasons they did not:*

Not applicable

Dated: September 2, 2009

                                        SNELL & WILMER L.L.P.

By:   /s/Cynthia A. LeVasseur
Cynthia A. LeVasseur, Esq.
Nevada Bar No. 6718
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendants WELLS FARGO BANK, N.A.*

10443414.1

- 3 -

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **DEFENDANT'S STATEMENT REGARDING REMOVAL** by the method indicated:

| | |
|---|---|
| __X__ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |

and addressed to the following:

Jon J. Simon
1265 Vietti Street
Henderson, NV 89102

DATED this 2nd day of September, 2009.

/s/ Gabriela Resendez
An Employee of Snell & Wilmer LLP

10443414.1

- 4 -